

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00222-CR

| | | |
|---|---|---|
| Jeffery Lynn Pruett | § | From the 396th District Court |
| | § | of Tarrant County (1310783D) |
| v. | § | December 10, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the deadly weapon finding. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth